IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DEVIN ERIC LAMM,**
**D.O.C. # 168538,**

    *Plaintiff*,

v.                                    Case No.: 4:22cv8-MW/MAF

**FLORIDA DEPARTMENT**
**OF CORRECTIONS,**

    *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on March 29, 2022.**

                                                    s/Mark E. Walker            
                                                    **Chief United States District Judge**